THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Douglas Eric Fleming,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-201
Submitted January 29, 2003  Filed March 17, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.                                                  
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM: Douglas Fleming appeals from 
 his probation revocation, arguing his right to due process was violated because 
 he was not provided a preliminary hearing.  After a thorough review of the record 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Flemings appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and SHULER, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.